IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BANKEAST, ) | |
| ) | |
| Plaintiff, ) | 8:09CV259 |
| ) | |
| V. ) | |
| ) | |
| INFORMATION TECHNOLOGY, ) | **MEMORANDUM AND ORDER** |
| INC, ) | |
| ) | |
| Defendant. ) | |
| ) | |

The court has been advised by counsel for Plaintiff BankEast that BankEast wishes to withdraw the motion to remand (filing 8) that it filed in this case. *See Information Technology, Inc. v. BankEast*, Case No. 4:08-cv-3207, CM/ECF Filing 34 (D. Neb. 2008). BankEast's request will be granted.

Further, it appears to the court that this case involves similar, if not identical, issues to those involved in *Information Technology, Inc. v. BankEast*, Case No. 4:08-cv-3207 (D. Neb. 2008). As such, the parties will be given until November 9, 2009, to show cause as to why these actions should not be consolidated pursuant to Fed. R. Civ. P. 42.

IT IS ORDERED:

1. BankEast's motion to remand (filing 8) is hereby deemed withdrawn; and

2. The parties shall have until November 9, 2009, to show cause as to why this action should not be consolidated with *Information Technology, Inc.*

*v. BankEast*, Case No. 4:08-cv-3207 (D. Neb. 2008) or, alternatively, to consent to consolidation.

October 7, 2009.

> BY THE COURT:
> *Richard G. Kopf*
> United States District Judge